# United States District Court
## District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

December 12, 2013

James T. Wallner, Esquire
Office of the United States Attorney
36 South Charles Street, 4th Floor
Baltimore, MD 21201

Michael D. Montemarano, Esquire
Michael D. Montemarano PA
10630 Little Patuxent Parkway, Suite 146
Columbia, MD 21044

David R. Solomon, Esquire
Glaser and Solomon LLC
201 North Charles Street, Suite 1717
Baltimore, MD 21201

Re: *United States v. Edward Lee and Devan Martin*, Criminal No. WDQ-13-0133

Dear Counsel:

This will confirm that this five-day jury trial is rescheduled to Monday, June 2, 2014 at 9:30 a.m. in Courtroom 3A.

Notwithstanding its informality, this letter is an order of the Court and shall be docketed accordingly.

Very truly yours,

William D. Quarles, Jr.
United States District Judge

cc:   Felicia C. Cannon, Clerk